# Court of Appeals
# of the State of Georgia

ATLANTA, __June 17, 2024__

*The Court of Appeals hereby passes the following order:*

**A24A1251. EDDY MEJIA v. THE STATE.**

This case was docketed by this Court on April 1, 2024. The Appellant's brief and enumeration of errors were due April 22, 2024. As of the date of this order, the Appellant still has not filed a brief and enumeration of errors and has not requested an extension of time in which to do so. The filing is 56 days late. Accordingly, this appeal is hereby deemed abandoned and DISMISSED pursuant to Court of Appeals Rules 13 and 23 (a).



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,__06/17/2024_____*
      *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
      *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*